IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THE UNITED STATES OF AMERICA, ex rel.
NORMAN RILLE and NEAL ROBERTS                                              PLAINTIFF

v.                                        4:04CV00991-WRW

SAP AMERICA, INC., *et al.*                                                DEFENDANTS

## ORDER

Pending is *qui tam* Plaintiffs Norman Rille and Neal Robert's Motion to Dismiss Without Prejudice Defendants SAP America, Inc. and SAP Systems Integration America, LLC (Doc. No. 64). The United States will not intervene in this action against Defendants SAP America, Inc. and SAP Systems Integration America, LLC; the United States consents to dismissing without prejudice  Defendants SAP America, Inc. and SAP Systems Integration America, LLC. Accordingly, *qui tam* Plaintiffs' Motion is GRANTED. Defendants SAP America, Inc. and SAP Systems Integration America, LLC are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

The Seconded Amended Complaint[1] named three Defendants: Science Applications International Corporation, SAP America, Inc., and SAP Systems Integration America, LLC.  On April 17, 2007, Defendant Science Applications International Corporation was dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).[2] Because the remaining two Defendants in this case are also dismissed, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 2nd day of April, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1]Doc. No. 3.

[2]Doc. No. 49.